# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   MEGAN OTEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-16-1236-F |
| | ) | |
| 1.   JIL PRODUCTS, INC., d/b/a | ) | |
|       STATE BEAUTY SUPPLY, and | ) | |
| 2.   SHELLY TUBBS, an individual, | ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Megan Otey, hereby stipulates with the Defendants, JIL Products, Inc. d/b/a State Beauty Supply and Shelly Tubbs, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 22nd DAY OF JUNE, 2017.**

s/ Shannon C. Haupt
JANA B. LEONARD, OBA #17844
SHANNON C. HAUPT, OBA #18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
(405) 239-3800 (telephone)
(405) 239-3801 (facsimile)
leonardjb@leonardlaw.net
haupts@leonardlaw.net
*Counsel for Plaintiff*

 s/ Leah M. Avey
(Signed with permission)
Leah M. Avey, OBA #21591
RUBENSTEIN & PITTS, PLLC
1503 E. 19th St.
Edmond, OK 73013
Tele: 405-340-1900 Fax: 405-340-1001
lavey@oklawpartners.com
*Counsel for Defendants*